```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00488-RNO
Eric Michael Schragen                                               Chapter 13
       Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini          Page 1 of 1          Date Rcvd: May 04, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sarah K. McCaffery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

**Eric Michael Schragen**
dba Integrity Financial Services
dba Integrity Financial Advisors    Debtor(s)

Chapter: 13

Case Number: 5:18-bk-00488-RNO

Document No.: 74

Nature of Proceeding: **Motion to Extend Time to File Documents**

## ORDER

Upon Motion of the above Debtor, Eric Michael Schragen, requesting an extension of time to file schedules and statements, the Motion is granted.

As to the request by Debtors for extension of time to file schedules and statements, and as cause has been shown, it is

**ORDERED** that an extension is granted to file the necessary schedules and statements until May 7, 2018, it is.

**FURTHER ORDERED** that no further extensions will be granted.

Dated: May 4, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

MDPA-Order - Order Extend Scheds Matrix.WPT - REV 07/09