```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                               Case No. 18-00488-RNO
Eric Michael Schragen                                                Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: CGambini              Page 1 of 1              Date Rcvd: May 14, 2018
                           Form ID: ntnew341           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
```
db            +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road, Suite 100,
                 Irvine, CA  92618-2132
5052097        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5020505       +Ivan B. Schragen,    2 Morse Drive,    Maplewood, New Jersey 07040-2007
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5049553        E-mail/Text: bankruptcy.bnc@ditech.com May 14 2018 19:19:17      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
5023358       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2018 09:08:20
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5030539          15480 Laguna Canyon Road, Suite 100, Irvine, CA 92
5021380          Rushmore Loan Management Services LLC,    15480 Laguna Canyon Road, Suite 100, Irv
5030538          Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                               TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sarah K. McCaffery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eric Michael Schragen
dba Integrity Financial Services, dba Integrity Financial Advisors
Debtor(s)

Chapter 13

Case No. 5:18−bk−00488−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: June 18, 2018 |
| | Time: 11:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

For the Court:
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: CGambini, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: May 14, 2018