# THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**RONALD REAGAN FEDERAL BUILDING**
228 Walnut Street, Room 320
Harrisburg, PA 17101
(717) 901-2800

**Terrence S. Miller**
Clerk



**274 MAX ROSENN U.S. COURTHOUSE**
197 South Main Street, Room 274
Wilkes-Barre, PA 18701
(570) 831-2500

**Seth F. Eisenberg**
Chief Deputy

May 31, 2018

Mr. Eric Micahel Schragen
14 Alpine Drive
Denville, NJ 07834

Re: Transcripts of hearings held 4/18/18 and 3/28/18

Dear Mr. Schragen,

    I am writing to inform you that the estimated cost to transcribe the above-referenced hearing transcripts is One Hundred Forty-Six Dollars ($146.00). Both the transcript of 3/28/18 and 4/18/18 are approximately 20 pages in length. The cost to transcribe is $3.65 per page and that is for a 30 day turnover. The originals will be sent to you and also be docketed to the Bankruptcy Court docket and sent to District Court for docketing. In the event you wish to proceed with the ordering these transcripts payment in the amount of the estimated cost must be received before the transcript order will be processed. The agency which I am using for this is as follows:

J&J Court Transcribers, Inc.
268 Evergreen Avenue
Hamilton, NJ 08619

    Please send a money order made payable to them to the above address if you wish to proceed with this request. You may also contact them to make arrangements to pay via credit card.

                                              Sincerely,

                                              Pamela Radginski

cc: J&J Court Transcribers, Inc.