```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                Case No. 18-00488-RNO
Eric Michael Schragen                                                 Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: DGeorge              Page 1 of 1              Date Rcvd: Jun 08, 2018
                             Form ID: ntnew341          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db              +Eric Michael Schragen,    14 Alpine Drive,    Denville, NJ 07834-1417
cr               Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road, Suite 100,
                   Irvine, CA  92618-2132
5052097          American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                   Malvern PA 19355-0701
5020505         +Ivan B. Schragen,    2 Morse Drive,    Maplewood, New Jersey 07040-2007
5064076          Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5049553          E-mail/Text: bankruptcy.bnc@ditech.com Jun 08 2018 19:09:26      Ditech Financial LLC,
                   P.O. Box 6154,    Rapid City, SD 57709-6154
5023358         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 08 2018 19:13:10
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5030539          15480 Laguna Canyon Road, Suite 100, Irvine, CA 92
5021380          Rushmore Loan Management Services LLC,    15480 Laguna Canyon Road, Suite 100, Irv
5030538          Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*              Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                     TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sarah K. McCaffery    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
                smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Eric Michael Schragen,
 dba Integrity Financial Services, dba Integrity Financial Advisors,

**Debtor 1**

Chapter 13

Case No. 5:18–bk–00488–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: July 23, 2018<br><br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 8, 2018 |

ntnew341 (04/18)