## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERIC MICHAEL SCHRAGEN      :
     :
         *Appellant,*    :
     :
       **v.**      :     **3:18-CV-0844**
     :     **(JUDGE MARIANI)**
WILMINGTON SAVINGS FUND SOCIETY: 
FSB dba CHRISTINA TRUST, NOT    :
INDIVIDUALLY BUT AS TRUSTEE FOR   :
PREMIUM MORTGAGE ACQUISITION    :
TRUST,      :
     :
         *Appellees.*    :

### ORDER

By Order of June 11, 2018, the Appellant was ordered to show cause within seven

(7) days why this action should not be dismissed for failure to file a brief in conformity with

Rule 8014 and in the timely manner prescribed in Rule 8018. Appellant has failed to reply.

**ACCORDINGLY, THIS** _21 ST_ **DAY OF JUNE, 2018**, this case is dismissed for

failure to timely file a brief as enumerated in Rule 8014(a). The Clerk of Court is directed to

mark this action closed.

Robert D. Mariani
United States District Judge