```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00488-RNO
Eric Michael Schragen                                           Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: CGambini            Page 1 of 1              Date Rcvd: Jun 25, 2018
                               Form ID: pdf010           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2018.
db         +Eric Michael Schragen,   14 Alpine Drive,   Denville, NJ 07834-1417
cr          Wilmington Savings Fund Society, FSB, d/b/a Christ,    15480 Laguna Canyon Road, Suite 100,
             Irvine, CA 92618-2132
5052097     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern PA 19355-0701
5020505    +Ivan B. Schragen,    2 Morse Drive,   Maplewood, New Jersey 07040-2007
5064076     Kohl's,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5049553      E-mail/Text: bankruptcy.bnc@ditech.com Jun 25 2018 19:39:53     Ditech Financial LLC,
              P.O. Box 6154,   Rapid City, SD 57709-6154
5023358     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 25 2018 19:58:44
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5030539      15480 Laguna Canyon Road, Suite 100, Irvine, CA 92
5021380      Rushmore Loan Management Services LLC,   15480 Laguna Canyon Road, Suite 100, Irv
5030538      Wilmington Savings Fund Society, FSB, d/b/a Christ
cr*          Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
cr*         +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sarah K. McCaffery   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
                smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Eric Michael Schragen**<br>**dba Integrity Financial Services**<br>**dba Integrity Financial Advisors** | Chapter: 13 |
| Debtor(s) | Case No.: 5:18-bk-00488-RNO |

## ORDER DISMISSING CASE

It appearing that the above-named debtor(s) has/have failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

B 122C-2 - Chapter 13 Calculation of Your Disposal Income

Schedules A-F

Schedules I-J

Statement of Financial Affairs

Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above-named debtor(s) be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

June 25, 2018

Order Dismissing Case for Failure to File Req. Docs. - Revised 9/17

Case 5:18-bk-00488-RNO    Doc 93    Filed 06/27/18    Entered 06/28/18 00:45:27    Desc
Imaged Certificate of Notice    Page 2 of 3

Order Dismissing Case for Failure to File Req. Docs. - Revised 9/17